Approved.   Case: 4:12-cv-02397-BYP  Doc #: 5  Filed: 11/27/12  1 of 2.  PageID #: 19
s/ Benita Y. Pearson on 11/27/2012
    U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION YOUNGSTOWN

| | |
|---|---|
| KIMBERLY JONES,            ) | |
|                            ) | |
|    Plaintiff,              ) | |
|                            ) | Civil Action No. 4:12-cv-2397 |
| v.                         ) | |
|                            ) | Judge Benita Y. Pearson |
| CREDIT CONTROL, LLC,       ) | |
|                            ) | |
|    Defendant.              ) | |
| _____ ) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (0076096)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(248) 737-8003 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff has filed with the Clerk of the United States District Court of the Northern District of Ohio Eastern Division, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

November 26, 2012            /s/ Ronald S. Weiss
                             Ronald S. Weiss

        Weisberg & Meyers LLC
        7035 Orchard Lake Road, Suite 600
        West Bloomfield, MI 48322
        RWeiss@AttorneysForConsumers.com

## CERTIFICATE OF SERVICE

      I certify that on November 26, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Ohio, using the electronic case filing system of the court. I further certify that I served a copy of the foregoing document upon Nathan Sturycz via email to: Nathan.Sturycz@huschblackwell.com.


By: s/Ronald S. Weiss
     Ronald S. Weiss